Jacob L. Schwartz, trading as Schwartz & Schwartz, appellee, v. Charles Kunsch and Marie Kunsch, appellants. Gen. No. 28,951.

Assumpsit to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924.

Edmond W. Pottle, for appellants. John R. McCabe, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

George Cranaukis and Jacob Cranaukis, appellees, v. Matt Partl, Elizabeth Partl, his wife, and Pinkert State Bank, defendants. Pinkert State Bank, appellant. Gen. No. 28,963.

Action to recover deposit on contract to purchase real estate. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924.

Jones & Kerner, for appellant; James G. Skinner, of counsel. William T. Crilly and Richard J. Flannigan, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

Niels Buck and Fred Buck, trading as Niels Buck & Company, appellees, v. Claude W. Morris, appellant. Gen. No. 28,976.

Action for labor and material. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Wyman, Hopkins, McKeever & Colbert, for appellant; Austin L. Wyman, of counsel. Alvin E. Stein, for appellees; Lawrence Lenit, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

Central Trust Company of Illinois, appellant, v. John A. Defaut, appellee. Gen. No. 29,012.

Action for breach of contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed with finding of facts. Opinion filed June 30, 1924.

Fisher, Boyden, Kales & Bell, for appellant. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.